IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

---

Enclara Pharmacia, Inc., formerly
excelleRx, inc. d/b/a Hospice Pharmacia,
          Plaintiff,

v.

Merida Healthcare Group, Merida Healthcare
Group d/b/a Bee Caring Hospice Healthcare,
Inc., Bee Caring Hospice Healthcare, Inc.,
Illumina, LLC, Professional Hospice Care,
Inc., and Bee Caring Hospice, LLC,

          Defendants.

Case No. _____

**COMPLAINT**
**(JURY TRIAL DEMANDED)**

---

For its Complaint against Defendants, Plaintiff states and alleges as follows:

## PARTIES, JURISDICTION AND VENUE

1.     Plaintiff Enclara Pharmacia, Inc. ("Plaintiff") is a Delaware corporation with a principal place of business located at 1601 Cherry Street, Suite 1800, Philadelphia, Pennsylvania 19102. Plaintiff is formerly known as excelleRx, inc., d/b/a/ hospice Pharmacia.

2.     Defendant Merida Healthcare Group and Merica Healthcare Group d/b/a Bee Caring Hospice Healthcare, Inc. ("Merida") is a Texas corporation with a principal place of business located at 1514 S. 77 Sunshine Strip Ste. 21-B, Harlingen, Texas 78550.

3.     Defendant Bee Caring Hospice Healthcare, Inc. ("Bee Caring Health") is a Texas corporation with a principal place of business located at 2809 S. Expressway 83, Harlingen, Texas 78550.

4.     Defendant Illumina, LLC ("Illumina") is a Texas limited liability company with a principal place of business located at 4444 Corona Drive, No. 212, Corpus Christi, Texas 78411.

5.      Defendant Professional Hospice Care, Inc. ("Professional") is a Texas corporation with a principal place of business located at 6010 Mcpherson St., Suite 100, Laredo, Texas 78041.

6.      Defendant Bee Caring Hospice, LLC ("Bee Caring Hospice") is a Texas limited liability company with a principal place of business located at 2900 Mossrock, No. 370, San Antonio, Texas 78230.

7.      The Court has subject-matter jurisdiction over this case under 28 U.S.C. § 1332(a) based upon the complete diversity of citizenship between the parties and the fact that the amount in controversy, exclusive of costs and interest, exceeds the sum of $75,000.00.

8.      Venue is proper in this judicial district under 28 U.S.C. § 1391(b).

### FACTS COMMON TO ALL COUNTS

9.      Upon information and belief, Merida is a healthcare organization specializing in home health and hospice related services with seven (7) locations throughout Texas.

10.     Upon information and belief, Bee Caring Health, Illumina, Professional and Bee Caring Hospice are all a part of the Merida group (Merida, Bee Caring Health, Illumina, Professional and Bee Caring Hospice collectively referred as "Defendants").

12.     Plaintiff provides hospice pharmacy services to hospice providers like Defendants.

13.     In or around February 2011, Plaintiff and Bee Caring Health entered into a written agreement whereby Plaintiff agreed to provide to Bee Caring Health all pharmaceuticals and related services for the palliation and symptom management of Bee Caring Health's patients, as directed by Bee Caring Health (the "Agreement").

14.     The Agreement contains a Fee Schedule that outlines Bee Caring Health's payment obligations to Plaintiff.

15.     Thereafter Plaintiff began to provide pharmaceuticals and related services to Bee Caring Health in accordance with the Agreement.

16.     In October 2011, at Bee Caring Health's request, the Agreement was expanded to include the provision of pharmaceuticals and related services to Illumina.

17.     In December 2011, at Bee Caring Health's request, the Agreement was expanded to include the provision of pharmaceuticals and related services to Professional.

18.     Further, during the course of the Agreement, at Bee Caring Health's request, the Agreement was expanded to include the provision of pharmaceuticals and related services to Bee Caring Hospice.

19.     Plaintiff provided pharmaceuticals and related services to Bee Caring Health, Illumina, Professional, and Bee Caring Hospice in accordance with the Agreement.

20.     Upon information and belief, after the Plaintiff and Bee Caring Health entered into the Agreement, Bee Caring Health, Illumina, Profession and Bee Caring Hospice organized under the umbrella entity of Merida.

21.     Beginning in 2014, all communication and direction regarding the Agreement came from Merida.

22.     Plaintiff invoiced Defendants for the pharmaceuticals and related services provided to Defendants in accordance with the Agreement.

23.     Plaintiff sent a single invoice for the products and services provided to all of the Defendants.

24.     Payment for the invoices was made from each of the Defendants at various times.

25.     Due to Defendants' breach of its payment obligation under the Agreement, Plaintiff made a demand for payment in full, or a suitable payment plan to resolve the outstanding balance in October 2015..

26.     Despite demand, to date, Defendant has failed to pay the outstanding balance owed to Plaintiff in full.

27.     Defendants also failed to contact Plaintiff to discuss a suitable payment plan to resolve Defendants' outstanding balance to Plaintiff.

28.     As a result of Defendants' continued default of the Agreement, Plaintiff terminated the Agreement in November 2015.

29.     As of today's date, the total balance owed to Plaintiff is $389,282.93, plus a service charge required by the Agreement at the rate of 1.5% per month.   A true and correct copy of a statement of account evidencing the balance due is attached hereto and marked as Exhibit "A".[1]

30.     Plaintiff has incurred and will continue to incur attorney fees and costs in connection with enforcing its rights under the Agreement.

31.     Plaintiff has satisfied all conditions under the Agreement.

32.     The Agreement provides that any dispute related to the Agreement related to the same shall be determined in accordance with Pennsylvania law.

## COUNT I
## BREACH OF CONTRACT

33.     Plaintiff incorporates the preceding averments as though the same were stated more fully herein at length.

---

[1] Invoices evidencing the amount due are not attached hereto in order to protect patient privacy. Said invoices are available for inspection upon demand.

34.    The Defendants  contracted and agreed to pay the price for the pharmaceutical products and related services that Plaintiff provided to or for the benefit of the Defendants.

35.    The Defendants breached their contractual obligations to Plaintiff by failing to pay the purchase price for the pharmaceutical products and related services that Plaintiff provided to or for the benefit of Defendants.

36.    Plaintiff is entitled to recover the purchase price for the pharmaceutical products and related services  in the principal amount of $389,282.93.

37.    Plaintiff is also entitled to recover a service charge of 1.5% per month and all of its attorney fees, costs and disbursements.

WHEREFORE, Enclara Pharmacia, Inc. respectfully requests that this Honorable Court enter a judgment in its favor and against Defendants in the principal amount of $389,282.93 plus service charges, late fees, costs, attorneys' fees and such other relief that this Honorable Court deems just.

## COUNT II
## UNJUST ENRICHMENT

38.    Plaintiff incorporates the preceding averments as though the same were stated more fully herein at length.

39.    Plaintiff provided pharmaceutical products and related services to Defendants at Defendants' request.

40.    Defendants used the pharmaceutical products and related services for the benefit of their patients.

41.    Defendants have been enriched in an amount equal to the reasonable value of pharmaceutical products and related services that they acquired from Plaintiff.

42.     It would be unjust, inequitable and morally wrong for Defendants to retain the benefit and value of the pharmaceutical products and related services that it acquired from Plaintiff without paying for those products.

43.     Plaintiff is entitled in equity to recover the reasonable value of the pharmaceutical products and related services supplied to Defendants by Plaintiff.

44.     Plaintiff is also entitled to recover a service charge of 1.5% per month and all of its attorney fees, costs and disbursements.

WHEREFORE, Enclara Pharmacia, Inc. respectfully requests that this Honorable Court enter a judgment in its favor and against Merida Healthcare Group, Bee Caring Hospice Healthcare, Inc., Illumina, LLC, Professional Hospice Care, Inc., and Bee Caring Hospice, LLC in the principal amount of $389,282.93 plus service charges, late fees, costs, attorneys' fees and such other relief that this Honorable Court deems just.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment to the United States Constitution, Plaintiff hereby demands a trial by jury.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays for this Court's relief as follows:

(a)     Awarding Plaintiff money damages against Defendant in the principal amount of $389,282.93;

(b)     Awarding Plaintiff a service charge at the rate of 1.5% per month;

(c)     Awarding Plaintiff all of its attorney fees, costs and disbursements; and

(d)     Granting Plaintiff all such other and further relief as the Court deems just and equitable under the circumstances.

NORRIS MCLAUGHLIN & MARCUS, P.A.

Dated: 4/5/16

By: _____
Rebecca J. Price, Esquire
I.D. No.206182
515 Hamilton Street, Suite 502
Allentown, PA 18101
Telephone: (610) 391-1800
Facsimile: (610) 391-1805
Email:rprice@nmmlaw.com

# EXHIBIT A

System:      1/25/2016          12:54:12 PM

User Date:   1/25/2016

# DETAIL HISTORICAL AGED TRIAL BALANCE
## ExcelleRX, Inc.
### Receivables Management

Page: 1
User ID: kbalent

Ranges:
Customer ID:          First - Last
Customer Class:       First - Last
Salesperson ID:       First - Last
Sales Territory:      First - Last

Corporate Affil:   BEE - BEE        First - Last
Customer Name:     First - Last
Short Name:        First - Last
Posting Date:      First - 1/25/2016

State:       First - Last
Telephone:   First - Last
ZIP Code:    First - Last

Account Type:  All
Aging Date:    1/25/2016

Customer:   by Customer Name
Document:   by Document Date

Exclude:   Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency In

* - Indicates an unposted credit document that has been applied

**Customer:** 39201   **Name:** Bee Caring Hospice-Harlingen, TX   **Account Type:** Open Item

Corporate Affil: BEE   Salesperson: KATE   Credit: Unlimited
Contact: Stephen Linders   Territory: 1
Phone: (956) 622-5055 Ext. 000C   Terms: Net 30

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| HP193862 | SLS | 10/15/2015 | $5,471.75 | | | | | | $5,471.75 | |
| HP195903 | SLS | 11/18/2015 | $5,392.66 | | | | | $5,392.66 | | |
| HP197953 | SLS | 12/15/2015 | $5,229.60 | | | | $5,229.60 | | | |
| HP200023 | SLS | 1/15/2016 | $697.68 | | | $697.68 | | | | |
| **Totals:** | | | | | | $697.68 | $5,229.60 | $5,392.66 | $5,471.75 | $0.00 |

**Balance** $16,791.69

**Customer:** 41926   **Name:** Bee Caring Hospice-San Antonio, TX   **Account Type:** Open Item

Corporate Affil: BEE   Salesperson: KATE   Credit: Unlimited
Contact: Kermit   Territory: 1
Phone: (956) 423-1197 Ext. 000C   Terms: Net 30

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| HP191948 | SLS | 9/15/2015 | $65,163.81 | | | | | | | $65,163.81 |
| HP193962 | SLS | 10/15/2015 | $66,955.25 | | | | | | $66,955.25 | |
| HP196003 | SLS | 11/18/2015 | $67,461.98 | | | | | $67,461.98 | | |
| HP198053 | SLS | 12/15/2015 | $61,348.03 | | | | $61,348.03 | | | |
| HP200123 | SLS | 1/15/2016 | $8,321.10 | | | $8,321.10 | | | | |
| **Totals:** | | | | | | $8,321.10 | $61,348.03 | $67,461.98 | $66,955.25 | $65,163.81 |

**Balance** $269,250.17

**Customer:** 41446   **Name:** Illumina LLC-Corpus Christi (Bee Caring)   **Account Type:** Open Item

Corporate Affil: BEE   Salesperson: KATE   Credit: Unlimited
Contact:   Territory: 1
Phone: (361) 853-2000 Ext. 000C   Terms: Net 30

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| HP188947 | SLS | 8/14/2015 | $22,125.81 | | | | | | | $22,125.81 |
| HP191941 | SLS | 9/15/2015 | $21,501.10 | | | | | | | $21,501.10 |
| HP193955 | SLS | 10/15/2015 | $18,864.73 | | | | | | $18,864.73 | |
| HP195996 | SLS | 11/18/2015 | $17,242.84 | | | | | $17,242.84 | | |

System: 1/25/2016   12:54:12 PM
User Date: 1/25/2016

Page: 2
User ID: kbalent

# DETAIL HISTORICAL AGED TRIAL BALANCE
ExcelleRX, Inc.

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HP198046 | SLS | 12/15/2015 | $2,669.36 | | | | $2,669.36 | | | | |
| HP200116 | SLS | 1/15/2016 | $232.56 | | | $232.56 | | | | | |
| **Totals:** | | | | | | $232.56 | $2,669.36 | $17,242.84 | $18,864.73 | $43,626.91 | $82,636.40 |

**Customer:** 41445   **Name:** Professional Hospice Care-Laredo (Bee Caring)

Corporate Affil: BEE
Contact:
Phone: (888) 644-7811 Ext. 000C

Salesperson: KATE
Territory: 1
Terms: Net 30

Account Type: Open Item
Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HP195995 | SLS | 11/18/2015 | $13,459.29 | | | | | $13,459.29 | | | |
| HP198045 | SLS | 12/15/2015 | $6,392.38 | | | | $6,392.38 | | | | |
| HP200115 | SLS | 1/15/2016 | $753.00 | | | $753.00 | | | | | |
| **Totals:** | | | | | | $753.00 | $6,392.38 | $13,459.29 | $0.00 | $0.00 | $20,604.67 |

| | Customer(s) | Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Balance |
|---|---|---|---|---|---|---|---|
| **Grand Totals:** | 4 | $10,004.34 | $75,639.37 | $103,556.77 | $91,291.73 | $108,790.72 | $389,282.93 |